427 A.2d 267

Taylor, Appellant, v. Taylor.

Argued June 14, 1978. Stephen B. Cooper, for appellant. No appearance entered nor briefs submitted for appellee.

Before JACOBS, P. J., and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Affirmed.

JACOBS, former P. J., did not participate in the consideration or decision of this case.